**Monster Energy Company v. The Partnerships and Unincorporated Associations Identified on Schedule "A"**
**Case No. 17-cv-00414**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zheng peng | 2 | Zhuhai Yingxun Keji Limited |
| 3 | zhuang   jianxin | 4 | zhu chuanli |
| 5 | Zheng Tu Xin Mao Yi You Xian Gong Si | 6 | zhang shasha |
| 7 | Zhang Ming | 8 | xiaoyan |
| 9 | WANG TIANMING | 10 | wang lao |
| 11 | Wang Ba Mao Yi | 12 | Tracy Lynch Tracy Lynch |
| 13 | su xiansheng | 14 | Shui Ping Mao Yi You Xian Gong Si |
| 15 | Sheng Ming You Xian Gong Si | 16 | shen tao |
| 17 | Sheldon Jenkins | 18 | Registrant of pickreplica.com |
| 19 | ralph quesada | 20 | qiu lihua |
| 21 | Privacy Protection Service INC | 22 | Paul Cartwright |
| 23 | Paoli Loredan | 24 | mbinterservices.nl |
| 25 | Maria Robinson Maria Robinson | 26 | Maizea |
| 27 | lu yachao | 28 | Lu Jin Zhao |
| 29 | liu xuemei | 30 | liu daobi |
| 31 | liu   gouqing | 32 | Lin Mei Jun |
| 33 | LIFANG WANG | 34 | li ximei |
| 35 | kevin liu | 36 | kent dingman |
| 37 | Jun Huo | 38 | huan huan |
| 39 | herstel4u.nl | 40 | hequnying |
| 41 | he yaolong | 42 | han jiankang |
| 43 | GUO PINGKE | 44 | gong yong zeng |
| 45 | fietskledingnederland.nl | 46 | Feng Wang |
| 47 | FEN DOU | 48 | Favid Albon |
| 49 | Dong Jie | 50 | degoudmolen.nl |
| 51 | ddddd | 52 | Cockram Linda |
| 53 | CHEN WENSHENG | 54 | chen jian |
| 55 | chen guijun | 56 | buildarchitecten.nl |
| 57 | bestshopgoods.com | 58 | Beckley Karen |
| 59 | Arthur GoddardArthur Goddard | 60 | Ano Nymous |
| 61 | anna selinna | 62 | Anna  King |
| 63 | Angel danielMedina | 64 | A Tu Bo Mao Yi You Xian Gong Si |
| 65 | 3349776 | 66 | 4835723 |
| 67 | 0.99 1.99 free shipping | 68 | 258 Car-styling Store |
| 69 | 889 outdoor Store | 70 | aaaasmart |
| 71 | adiarboss | 72 | Aromatic Car |
| 73 | aulyn2014 | 74 | Auto Win |
| 75 | Beautiful decorative painting | 76 | beauty.fashion2014 |
| 77 | benshunbao2014_5 | 78 | BestAuto Company Store |

| | | | |
|---|---|---|---|
| 79 | Bestselling Market | 80 | beyondcity |
| 81 | BoShi CarShop | 82 | Car Salon styling Co.,Ltd. |
| 83 | Car Sticker Trading Company | 84 | Carsma Trading Co., Ltd. |
| 85 | changliang1990 | 86 | chenxin19770313 |
| 87 | chongshan20111 | 88 | chuangsheng2016 |
| 89 | coolautoparts2015 | 90 | cpif30948547 |
| 91 | creativelife888 | 92 | ctcszstore |
| 93 | dailywarecenter | 94 | deeshing |
| 95 | dengfangling78900 | 96 | dengfangxia78900 |
| 97 | dongdonzhan0 | 98 | eassale |
| 99 | egp0239500juzho1 | 100 | fangxin78900 |
| 101 | Fashion Outdoor Sport | 102 | FATBOYMOTO |
| 103 | flying-ak47 | 104 | Gallop Autoparts |
| 105 | good.luck.mei | 106 | great_chairman2013 |
| 107 | greatgoods321 | 108 | Guangzhou Auto-In-Fashion LED Lighting |
| 109 | haiyang20910 | 110 | hanxujiao |
| 111 | hawk-rc | 112 | hongfandon_0 |
| 113 | Huimei Store | 114 | huizheng1029 |
| 115 | hwydo | 116 | J&S Autofast Store |
| 117 | jazzevar-fashion | 118 | jiaodd0 |
| 119 | jkshop8885 | 120 | kayanx77 |
| 121 | kind-company | 122 | kungfugraphics |
| 123 | LED Automotive Lighting Store | 124 | lhk8432 |
| 125 | lijingyan_0 | 126 | Lily's Car Accessories Store |
| 127 | liniuniu80309 | 128 | love_yongle |
| 129 | loveitmarket888 | 130 | luxitaogua73 |
| 131 | luxury86 | 132 | maple-today |
| 133 | MKStore-China | 134 | motoarmor |
| 135 | NewsmyCar Accessories Store | 136 | niulihua |
| 137 | Oooh Store | 138 | oqbe4374 |
| 139 | pucv2279 | 140 | Qingdao Ena flags |
| 141 | qiulian7025 | 142 | qiushuangwuqing |
| 143 | rejeki | 144 | ringzabell_6 |
| 145 | runningcar | 146 | seasaltstore |
| 147 | Share Motor=together | 148 | sherryshop2016 |
| 149 | smi10881 | 150 | songyinuo |
| 151 | splendid4ussupply2015 | 152 | standple |
| 153 | Summer-Autumn Shop | 154 | SUNNY EQUIPMENT & PARTS CORPRATION |
| 155 | sunonline2013 | 156 | tangfei1886ji_9 |
| 157 | The Fast & The Furious | 158 | tl49075279ya_0 |
| 159 | vn0426016ken-7 | 160 | WBF Racing Store |
| 161 | willingstore16 | 162 | Wonder Cases |
| 163 | wonderfulshop2015 | 164 | wujisiguleng Store |
| 165 | wynnbibi | 166 | XD Autoparts Store |
| 167 | xfwlkj | 168 | xiazhoyingj |
| 169 | xinxiandin-0 | 170 | XUNQI Automotive Supplies Store |
| 171 | xuyanhua2016 | 172 | xuzhaodi8524 |

| | | | |
|---|---|---|---|
| 173 | yongkata_0 | 174 | yzxhappy88 |
| 175 | z60058167weigua27-9 | 176 | zhida205511 |
| 177 | zhudengrong78900 | 178 | zhuliangying8524 |
| 179 | zizhendon-0 | 180 | ZLIN Store |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/3349776 | 2 | ebay.com/usr/4835723 |
| 3 | aliexpress.com/store/1293200 | 4 | aliexpress.com/store/2473023 |
| 5 | aliexpress.com/store/2340251?spm=2114.8147860.0.620.rXAgCK | 6 | ebay.com/usr/aaaasmart |
| 7 | ioffer.com/selling/adiarboss | 8 | aliexpress.com/store/2341014 |
| 9 | ebay.com/usr/aulyn2014 | 10 | aliexpress.com/store/1988359 |
| 11 | aliexpress.com/store/1461600 | 12 | ebay.com/usr/beauty.fashion2014 |
| 13 | ebay.com/usr/benshunbao2014_5 | 14 | aliexpress.com/store/2660171?spm=2114.12010608.0.0.e3cWLB |
| 15 | aliexpress.com/store/506818 | 16 | ebay.com/usr/beyondcity |
| 17 | aliexpress.com/store/2296030 | 18 | aliexpress.com/store/2081067 |
| 19 | aliexpress.com/store/2132176 | 20 | aliexpress.com/store/1756868 |
| 21 | ebay.com/usr/changliang1990 | 22 | ebay.com/usr/chenxin19770313 |
| 23 | ebay.com/usr/chongshan20111 | 24 | ebay.com/usr/chuangsheng2016 |
| 25 | ebay.com/usr/coolautoparts2015 | 26 | ebay.com/usr/cpif30948547 |
| 27 | ebay.com/usr/creativelife888 | 28 | ebay.com/usr/ctcszstore |
| 29 | ebay.com/usr/dailywarecenter | 30 | ebay.com/usr/deeshing |
| 31 | ebay.com/usr/dengfangling78900 | 32 | ebay.com/usr/dengfangxia78900 |
| 33 | ebay.com/usr/dongdonzhan0 | 34 | ebay.com/usr/eassale |
| 35 | ebay.com/usr/egp0239500juzho1 | 36 | ebay.com/usr/fangxin78900 |
| 37 | aliexpress.com/store/1036324 | 38 | aliexpress.com/store/1815529 |
| 39 | ebay.com/usr/flying-ak47 | 40 | aliexpress.com/store/1972383?spm=2114.8147860.0.620.hZalWW |
| 41 | ebay.com/usr/good.luck.mei | 42 | ebay.com/usr/great_chairman2013 |
| 43 | ebay.com/usr/greatgoods321 | 44 | aliexpress.com/store/910482 |
| 45 | ebay.com/usr/haiyang20910 | 46 | ebay.com/usr/hanxujiao |
| 47 | ebay.com/usr/hawk-rc | 48 | ebay.com/usr/hongfandon_0 |
| 49 | aliexpress.com/store/2706004 | 50 | ebay.com/usr/huizheng1029 |
| 51 | ebay.com/usr/hwydo | 52 | aliexpress.com/store/2342228 |
| 53 | ebay.com/usr/jazzevar-fashion | 54 | ebay.com/usr/jiaodd0 |
| 55 | ebay.com/usr/jkshop8885 | 56 | ebay.com/usr/kayanx77 |
| 57 | ebay.com/usr/kind-company | 58 | ebay.com/usr/kungfugraphics |
| 59 | aliexpress.com/store/2413058 | 60 | ebay.com/usr/lhk8432 |
| 61 | ebay.com/usr/lijingyan_0 | 62 | aliexpress.com/store/2129133 |
| 63 | ebay.com/usr/liniuniu80309 | 64 | ebay.com/usr/love_yongle |
| 65 | ebay.com/usr/loveitmarket888 | 66 | ebay.com/usr/luxitaogua73 |
| 67 | ebay.com/usr/luxury86 | 68 | ebay.com/usr/maple-today |
| 69 | aliexpress.com/store/629971 | 70 | ebay.com/usr/motoarmor |
| 71 | aliexpress.com/store/2204096 | 72 | ebay.com/usr/niulihua |

| No. | | No. | |
|---|---|---|---|
| 73 | aliexpress.com/store/2394087?spm=2114.8147860.0.31.anmvw5 | 74 | ebay.com/usr/oqbe4374 |
| 75 | ebay.com/usr/pucv2279 | 76 | aliexpress.com/store/2179160 |
| 77 | ebay.com/usr/qiulian7025 | 78 | ebay.com/usr/qiushuangwuqing |
| 79 | ioffer.com/selling/rejeki | 80 | ebay.com/usr/ringzabell_6 |
| 81 | ebay.com/usr/runningcar | 82 | ebay.com/usr/seasaltstore |
| 83 | aliexpress.com/store/2132154?spm=2114.8147860.0.32.22B8e5 | 84 | ebay.com/usr/sherryshop2016 |
| 85 | ebay.com/usr/smi10881 | 86 | ebay.com/usr/songyinuo |
| 87 | ebay.com/usr/splendid4ussupply2015 | 88 | ebay.com/usr/standple |
| 89 | aliexpress.com/store/1870145 | 90 | aliexpress.com/store/1113663 |
| 91 | ebay.com/usr/sunonline2013 | 92 | ebay.com/usr/tangfei1886ji_9 |
| 93 | aliexpress.com/store/1981563 | 94 | ebay.com/usr/tl49075279ya_0 |
| 95 | ebay.com/usr/vn0426016ken-7 | 96 | aliexpress.com/store/2678096 |
| 97 | ebay.com/usr/willingstore16 | 98 | aliexpress.com/store/2287099 |
| 99 | ebay.com/usr/wonderfulshop2015 | 100 | aliexpress.com/store/1240235?spm=2114.10010108.0.0.c00k8o |
| 101 | ebay.com/usr/wynnbibi | 102 | aliexpress.com/store/2348170 |
| 103 | ebay.com/usr/xfwlkj | 104 | ebay.com/usr/xiazhoyingj |
| 105 | ebay.com/usr/xinxiandin-0 | 106 | aliexpress.com/store/1993064 |
| 107 | ebay.com/usr/xuyanhua2016 | 108 | ebay.com/usr/xuzhaodi8524 |
| 109 | ebay.com/usr/yongkata_0 | 110 | ebay.com/usr/yzxhappy88 |
| 111 | ebay.com/usr/z60058167weigua27-9 | 112 | ebay.com/usr/zhida205511 |
| 113 | ebay.com/usr/zhudengrong78900 | 114 | ebay.com/usr/zhuliangying8524 |
| 115 | ebay.com/usr/zizhendon-0 | 116 | aliexpress.com/store/2493002?spm=2114.8147860.0.0.P0Ja5r |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | mladi-giovani.com | 2 | canyonus.com |
| 3 | wholesalenewerascaps.com | 4 | wholesalenewerasnapbackscaps.net |
| 5 | foreverhenda.com | 6 | thietkenhadandung.net |
| 7 | mlbcasquettesvente.xyz | 8 | 2016ventagorros.xyz |
| 9 | flatfittysnapbacks.win | 10 | kenzosnapbacks.win |
| 11 | tmtsnapbacksale.win | 12 | underarmoursnapbacks.site |
| 13 | stempfsound.com | 14 | slickeststreetwear.com |
| 15 | snapbackcaps.net | 16 | cheapsnapbackhat.top |
| 17 | bonnetdart.com | 18 | newcheapnfl.com |
| 19 | monsterenergysnapbacksombreros.club | 20 | designercaps-online.com |
| 21 | ibrandshopping.cc | 22 | ymcmbbeanieschapeau.xyz |
| 23 | lastkingsnapbacksombreros.win | 24 | get5hats.com |
| 25 | mappingboston.net | 26 | pickreplica.com |
| 27 | wooriob.com | 28 | camasartes.org |
| 29 | cosyclub.org | 30 | nicehatsshop.com |
| 31 | teamjerseysshop.com | 32 | zd88.cc |
| 33 | mbinterservices.nl | 34 | neweranbacaps.com |

| | | | |
|---|---|---|---|
| 35 | cheapjerseysdirect.us | 36 | cheapjerseysfrom-china.us |
| 37 | janireusategi.com | 38 | fondation-robel.org |
| 39 | franklinpropertyservices.com | 40 | pleasantviewfarmllc.com |
| 41 | fuluelegant.com | 42 | cappellininewera.club |
| 43 | mimi-anima.com | 44 | gshry.com |
| 45 | jerseysshirts.trade | 46 | neweranehat.us |
| 47 | 2016cykeltoj.com | 48 | fashioncap.top |
| 49 | frhat.top | 50 | herstel4u.nl |
| 51 | islandgarden.org | 52 | maillotcyclismeequipe.com |
| 53 | courtneyguildnerphotography.com | 54 | foto-flow.com |
| 55 | catsinarow.com | 56 | caps-clubs.com |
| 57 | fietskledingnederland.nl | 58 | fahrradbekleidung-shop.com |
| 59 | helloluxs.vip | 60 | tkgb.co.uk |
| 61 | watibhats.net | 62 | degoudmolen.nl |
| 63 | capssnap.com | 64 | prioritydeliveries.co.uk |
| 65 | erictownsquare.com | 66 | kamelien.org |
| 67 | thecrystaltheater.org | 68 | plasticparade.org |
| 69 | buybestnewerahats.com | 70 | buildarchitecten.nl |
| 71 | bestshopgoods.com | 72 | casquettehater.com |
| 73 | punlic.top | 74 | msjenseee.fr |
| 75 | 2013hats.com | 76 | unboxingjerseys.com |
| 77 | fittedcaps.org | 78 | gojapango.info |